```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
             -v-                        :        22cr4 (DLC)
                                        :
SHAH WALI IBRAHIMI,                     :           ORDER
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that an arraignment and initial conference is scheduled to take place in person in Courtroom 18B, 500 Pearl Street, on **July 13, 2022 at 4:00 PM**.  At that conference, a trial date will be chosen.  After the Government recites the procedural history of this case, outlines the nature of the evidence it intends to offer at any trial, and proposes a schedule for the production of discovery materials to the defendant, the Court will consult the parties regarding the scheduling of the trial.  After a trial date is selected, a schedule for motions will be set and the propriety of any exclusion of time under the Speedy Trial Act will be addressed.

IT IS FURTHER ORDERED that counsel for the Government and the defendant will consult in advance of the conference to reach agreement, if possible, on a proposed date for the trial.  In light of the ongoing COVID-19 pandemic,

IT IS FURTHER ORDERED that all individuals seeking entry to 500 Pearl Street must complete a questionnaire before being allowed entry into the courthouse.  **To gain entry to 500 Pearl Street, follow the instructions provided here:**

https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf

IT IS FURTHER ORDERED that all individuals should practice social distancing at all times possible in the courthouse. Individuals also must wear a KN94, KN95, or N95 mask that covers their nose and mouth in the courthouses.  Cloth masks, surgical masks, bandannas, gaiters and masks with valves are prohibited.

SO ORDERED:

Dated:    New York, New York
          July 13, 2022

                                    _____
                                    DENISE COTE
                                    United States District Judge

2