UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :
                                          :
                -v-                       :       22cr4 (DLC)
                                          :
SHAH WALI IBRAHIMI,                       :       ORDER
                                          :
                         Defendant.       :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

   IT IS HEREBY ORDERED that a conference regarding the substitution of counsel is scheduled for January 4, 2023 at 2:00 PM in courtroom 18B, 500 Pearl Street.

   SO ORDERED:

Dated:   New York, New York
         December 16, 2022

                                    _____
                                         DENISE COTE
                                    United States District Judge