```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :     22cr04(DLC)
                                     :
            -v-                      :     ORDER
                                     :
SHAH WALI IBRAHIMI,                  :
                                     :
                  Defendant.         :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

As set forth on the record at the conference held on January 4, 2023, it is hereby

ORDERED that C.J.A. counsel David Bertan is relieved and C.J.A. Counsel Meredith Heller is appointed to represent the defendant.

SO ORDERED:

Dated:   New York, New York
         January 4, 2023

_____
DENISE COTE
United States District Judge