```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :
            -v-                          :      22cr4 (DLC)
                                         :
SHAH WALI IBRAHIMI,                      :         ORDER
                                         :
                        Defendant.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the defendant in this matter is scheduled to enter a change of plea on May 15, 2023 at 11:00 AM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         May 3, 2023

_____
DENISE COTE
United States District Judge