```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :
              -v-                        :        22cr4 (DLC)
                                         :
SHAH WALI IBRAHIMI,                      :        ORDER
                                         :
                       Defendant.        :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the change of plea in this matter scheduled for May 15, 2023 is moved to **10:30 AM** on the same date.

    SO ORDERED:

Dated:    New York, New York
           May 12, 2023

                                              _____
                                                  DENISE COTE
                                      United States District Judge