```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
              -v-                       :    22cr4 (DLC)
                                        :
SHAH WALI IBRAHIMI,                     :    ORDER
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received the defendant's letter of August 7, 2023 requesting an adjournment of the sentencing, it is hereby

ORDERED that the sentencing in this matter is adjourned to August 25 at 11:00 AM in Courtroom 18B, 500 Pearl Street.

IT IS FUTHER ORDERED that defense submissions regarding sentencing are due August 18, and Government submissions are due August 23.

SO ORDERED:

Dated:   New York, New York
         August 8, 2023

                                       _____
                                            DENISE COTE
                                       United States District Judge