UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :
                 -v-                     :          22cr4 (DLC)
                                         :
SHAH WALI IBRAHIMI,                      :          ORDER
                                         :
                       Defendant.        :
                                         :
----------------------------------------X

DENISE COTE, District Judge:

        Having received the defendant's letter of August 17, 2023

requesting an adjournment of the sentencing, it is hereby

        ORDERED that the sentencing in this matter is adjourned to

September 5 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

        IT IS FUTHER ORDERED that defense submissions regarding

sentencing are due August 28, and Government submissions are due

August 31.

        SO ORDERED:

Dated:    New York, New York
          August 17, 2023


                              _____
                                  DENISE COTE
                              United States District Judge