```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :
             -v-                         :       22cr4 (DLC)
                                         :
SHAH WALI IBRAHIMI,                      :       ORDER
                                         :
                       Defendant.        :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the sentencing in this matter scheduled for September 5 is adjourned to September 7 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         September 5, 2023

_____
DENISE COTE
United States District Judge