UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :
                                     :
          -v-                        :        22cr4 (DLC)
                                     :
SHAH WALI IBRAHIMI,                  :        ORDER
                                     :
                    Defendant.       :
                                     :
-------------------------------------X

DENISE COTE, District Judge:

   IT IS HEREBY ORDERED that the sentencing in this matter scheduled for September 7 is adjourned to **September 26 at 11:00 AM** in Courtroom 18B, 500 Pearl Street.

Dated:    New York, New York
          September 6, 2023

                                    _____
                                         DENISE COTE
                                    United States District Judge