UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :
            -v-                          :     22cr4 (DLC)
                                         :
SHAH WALI IBRAHIMI,                      :     ORDER
                                         :
                        Defendant.       :
                                         :
----------------------------------------X

DENISE COTE, District Judge:

   IT IS HEREBY ORDERED that the sentencing in this matter is scheduled for **September 26 at 10:00 AM** in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         September 7, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge